# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 06-7016M |
| BRANDY TINDELL | |

**THE DEFENDANT:**
Pleaded guilty to County One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| C.R.S. 42-4-1301(1)(b) | Driving While Ability Impaired | 01-27-06 | 1 |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $10.00 | $100.00 |
| proc. fee | $25.00 | |

## OTHER ORDERS OF THE COURT

Defendant is sentenced to two (2) days incarceration with the Bureau of Prisons suspended on the condition of successful completion of six months unsupervised probation. As a condition of probation, the defendant is ordered to complete Level 1 Drug/Alcohol Education through Adult/Youth Counseling Services within the period of probation. Defendant shall further complete 24 hours of useful public service withing the period of probation, two hours with the MADD organization.

March 15, 2006
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe
U.S. Magistrate Judge
Name & Title of Judicial Officer

March 16, 2006
Date